CERTIFICATE OF SERVICE

This is to certify that a copy of the Petition for Writ of Habeas Corpus previously filed in the matter of Thabid v. Bush, Docket No. 1:05CV02398 ESH was served on the following Respondent by hand delivery on December 14, 2005:

Kenneth L. Wainstein
U.S. Attorney
District of Columbia District
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

Copies were also served by registered and certified United States mail, sent on December 14, 2005 on the following Respondents:

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, NW
Room 5111
Washington, DC 20530

George W. Bush
President, United States of America
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20301-1000

Donald Rumsfeld
Secretary, United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Army Brig. Gen. J. Hood
Commander, Joint Task Force—GTMO
JTF-GTMO
APO AE 09362

And also to General Hood at the following address:
United States Army
Army Pentagon

Washington, DC 20310-0200

Army Col. Brice Gyurisko
Commander, JDOG
JTF-GTMO
APO AE 09360

And also to Colonel Gyurisko at the following address:
United States Army
Army Pentagon
Washington, DC 20310-0200

Date: 12/15/05

GEORGE M. CLARKE III
Attorney for Petitioners