IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2010 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| JABBAROW OYBEK JAMOLIVICH, | ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 05-CV-2112 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, | ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2201 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2336 (PLF) |
| GHASSAN ABDULLAH AL<br>   SHARBI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2348 (EGS) |
| AHMED BEN BACHA, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2349 (RMC) |

Case 1:05-cv-02398-UNA    Document 3    Filed 01/05/2006    Page 3 of 11

| | |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, )<br>  )<br>  Petitioners, )<br>  )<br>v. )<br>  )<br>GEORGE W. BUSH, )<br>  President of the United States, )<br>  *et al.*, )<br>  )<br>  Respondents. )<br>  ) | Civil Action No. 05-CV-2367 (RWR) |
| ABDULLAH ALI SALEH GERAB )<br>  ALSAAEI, *et al.*, )<br>  )<br>  Petitioners, )<br>  )<br>v. )<br>  )<br>GEORGE W. BUSH, )<br>  President of the United States, )<br>  *et al.*, )<br>  )<br>  Respondents. )<br>  ) | Civil Action No. 05-CV-2369 (RWR) |
| ABDUR RAZAKAH, *et al.*, )<br>  )<br>  Petitioners, )<br>  )<br>v. )<br>  )<br>GEORGE W. BUSH, )<br>  President of the United States, )<br>  *et al.*, )<br>  )<br>  Respondents. )<br>  ) | Civil Action No. 05-CV-2370 (EGS) |

| | |
|---|---|
| AHMED AL DARBY, *et al.,* )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2371 (RCL) |
| ABDUL HALEEM, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2376 (RBW) |
| ABDUL HAMID ABDUL SALAM )<br>   AL-GHIZZAWI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>   President of the United States, )<br>   *et al.,* )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2378 (JDB) |

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, | )<br>)<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2379 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | )<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

| | |
|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2380 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | )<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

| | |
|---|---|
| ISMAIL ALI AL RAMMI, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2381 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | )<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

| | | |
|---|---|---|
| SALIM SAID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2384 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |
| JOBRAN SAAD AL-QUHTANI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2387 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) ) | |

- 6 -

| | | |
|---|---|---|
| THABID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2398 (ESH) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ALKHADR ABDULLAH AL YAFIE, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2399 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MOHAMMAD RIMI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2427 (RJL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2444 (RMC) ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2452 (PLF) ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Civil Action No. 05-CV-2458 (RWR) ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

| | |
|---|---|
| ANWAR KHAN, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2466 (RCL) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |
| MUBARK HUSSEIN, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2467 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |
| AHMED AL-DELEBANY, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-2477 (RMU) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

- 9 -

|  |  |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) ) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) |
| Respondents. | ) ) ) |

Civil Action No. 05-CV-2479 (HHK)

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: January 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE

MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

- 11 -