UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED DOE, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1458 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |
| EDHAM MAMET, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-1602 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-2201 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |
| SALEH ZAID AL KHATEMI , *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-2248 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

|                          |   |                               |
|--------------------------|---|-------------------------------|
| **ALI THABID**, *et al.*, | ) |                               |
|                          | ) |                               |
| Petitioners,             | ) |                               |
|                          | ) |                               |
| v.                       | ) | Civil Action No. 05-2398 (ESH) |
|                          | ) |                               |
| **GEORGE W. BUSH**, *et al*., | ) |                           |
|                          | ) |                               |
| Respondents.             | ) |                               |

# ORDER

On December 30, 2005, President Bush signed into law H.R. 2863, the Department of Defense, Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act of 2006 ("the Act"). Section 1005(e) of the Act, entitled Judicial Review of Detention of Enemy Combatants, raises serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases. The question of whether this Court retains jurisdiction to entertain these matters is currently pending resolution in the appellate courts. Accordingly, it is this 31st day of March, 2006, hereby

**ORDERED** that all pending motions in the above-captioned cases are **DENIED WITHOUT PREJUDICE** until such time the question of this Court's jurisdiction to adjudicate these cases is resolved;[1] and it is

---

[1] If it is concluded that this Court retains jurisdiction of these cases, the parties may file motions to reinstate the pending motions.

-3-

**FURTHER ORDERED** that all action in the above-captioned cases is **STAYED** pending the resolution of this Court's jurisdiction.

 

                                                                    s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge