IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thabid, a.k.a. Dawut Abdurehim, ISN 289 )<br>Ali, a.k.a. Anvar Hassan, ISN 250 )<br>    Detainees, )<br>    Guantanamo Bay Naval Station )<br>    Guantanamo Bay, Cuba; )<br>  )<br>  )<br>Usama Hasan Abu Kabir )<br>    as the Next Friends of Petitioners )<br>    Thabid )<br>    Ali )<br>  )<br>*Petitioners,* )<br>  )<br>v. )<br>  )<br>GEORGE W. BUSH, )<br>    President of the United States )<br>    The White House )<br>    1600 Pennsylvania Ave., N.W. )<br>    Washington, D.C. 20500; )<br>  )<br>DONALD RUMSFELD, )<br>    Secretary, United States )<br>    Department of Defense )<br>    1000 Defense Pentagon )<br>    Washington, D.C. 20301-1000; )<br>  )<br>ARMY BRIG. GEN. JAY HOOD, )<br>    Commander, Joint Task Force - GTMO )<br>    JTF-GTMO )<br>    APO AE 09360; and )<br>  )<br>ARMY COL. MIKE BUMGARNER, )<br>    Commander, Joint Detention )<br>        Operations Group, JTF - GTMO )<br>    JTF-GTMO )<br>    APO AE 09360, )<br>  )<br>*Respondents.* ) | TECHNICAL AMENDMENT TO<br>ADD PROPER NAMES TO<br>PETITION FOR WRIT<br>OF HABEAS CORPUS<br><br>No. 05-CV-2398 (ESH) |

## TECHNICAL AMENDMENT TO ADD PROPER NAMES TO PETITION FOR WRIT OF HABEAS CORPUS

Petitioners Thabid and Ali request the Court's permission to make this technical amendment to add their proper names to their Petition for Writ of Habeas Corpus.

This amendment seeks only to add their full, proper names to the Petition. At the time the petition was first filed, Petitioners had been identified to their Counsel only through their common or nicknames, Thabid and Ali. Petitioners have since been identified to their Counsel by their full names, Dawut Abdurehim and Anvar Hassan, and so ask to add those names to their petition for the Writ.

Petitioner Thabid, also sometimes called Thabet or Sabet, is formally known as Dawut Abdurehim. He is identified by the Department of Defense, Joint Task Force Guantanamo (JTF-GTMO) as ISN 289. His full name was confirmed by Mr. Abu Bakker Qassim, a former detainee at Guantanamo who has since been "released"[1] but who spent over a year in very close proximity to Mr. Abdurehim. See Affidavit of his attorney, David Kronenberg, attached.

Petitioner Ali is formally known as Anvar Hassan. He is identified by Department of Defense, JTF-GTMO as ISN 250. The fact that Mr. Hassan is called Ali informally was confirmed during a telephone call between Mr. Hassan's attorney David Kronenberg and a relative of Mr. Hassan's who is a legal resident of the United States but who, due to his anxiousness about the possibility of government reprisals, prefers that his name not be disclosed unless necessary.

Petitioners Thabid and Ali, also known as (a.k.a.) Dawut Abdurehim and Anvar Hassan,

---

[1] The U.S. government removed Mr. Qassim and four other detainees from Guantanamo on Friday May 5th, 2006 and shipped them to a refugee camp in Albania. These detainees' Habeas actions were scheduled to be heard on Monday May 8th, 2006 by the Appellate Court for the District of Columbia, to determine whether the Government's four-year detention of these men at Guantanamo was lawful.

therefore request that the Court accept their technical amendment to their Petition for Writ of Habeas Corpus, to add their full and proper names to their Petition.

Dated:    July 20, 2006            Respectfully submitted,

                                   Counsel for Petitioners:


                                   /s/George M. Clarke III
                                   David Kronenberg
                                   Douglas Sanders
                                   Eric Sievers
                                   Baker & McKenzie LLP
                                   130 East Randolph Drive
                                   Chicago, Illinois 60601
                                   Tel: 312 861 8000
                                   Fax: 312 861 2899


                                   George Clark
                                   Baker & McKenzie LLP
                                   815 Connecticut Avenue, NW
                                   Washington, D.C. 20006-4078, US
                                   Tel: 202 452 7000
                                   Fax: 202 452 7074

                                   _____

                                   *Of Counsel*
                                   Barbara J. Olshansky (NY0057)
                                   Director Counsel
                                   Gitanjali S. Gutierrez (GG1234)
                                   Tina Monshipour Foster (TF5556)
                                   CENTER FOR CONSTITUTIONAL RIGHTS
                                   666 Broadway, 7th Floor
                                   New York, New York 10012
                                   Tel: (212) 614-6439
                                   Fax: (212) 614-6499