**<u>Exhibit 2</u>**

Kabir Authorization

NOV-21-2003  01:35                                                                 P.03/04

I, USAMA HASAN ABU KABIR, UNDERSTAND THE TERM "NEXT FRIEND" AND KNOW THAT THE FOLLOWING PEOPLE WHO I KNOW FROM THIS PRISON WANT LAWYERS, AND WANT ME TO HELP ASSERT THEIR LEGAL RIGHTS IN ANY WAY POSSIBLE, AND I AUTHORIZE (FOR THEM) CLIVE STAFFORD SMITH TO ENSURE THAT THEY HAVE LEGAL REPRESENTATION:

1. ABDUL AN NASSER (TURKESTANI)
2. AKTAR "
3. MOHAMMED "
4. THABID "
5. ABDULSOMAD B "
6. ALI "
7. ABU BAKER "
8. ABDUSABER "
9. KHAWS "
10. AHMAD "
11. JALAL JALALDIN "
12. ABDURRAZAKH "
13. AHMAD "
14. SABEL "          (COULD BE KAZAKHSTANI)
15. ABDULLAH "
16. ABDURAHMAN "
17. SADAR "          (BROTHER OF SUTOAK)
18. ARKEEN "
19. ADEL "                          (E) +/-
20. HAMMAD "

UNCLASSIFIED

2

21. ABDURAZZAK (KAZAKHSTAN)
22. ABDULLAH AL QWATANY (K.S.A.)
23. JABIR AL QWATANY ( " )
24. ZABIN THAHA ASSAMMERY (KSA)
25. YAKUB (SYRIA)
26. JIHAD         "
27. BILAL         "
28. MOHAMMED     "
29. ABU AHMED    "
30. ABU RAWDA    "
31. ABDULLAH     "
32. ABU MOHAMMED (ALGERIA)
33. DR. ABU MOHAMMED   "
34. ABU ABDULLAH       "
35. HAMAD (SUDAN)

DATED MAY 1, 2005.

أسامة أبو كبير (signature in Arabic)
USAMA ABU KABIR

WITNESS: (signature)
CLIVE STAFFORD SMITH

UNCLASSIFIED

TOTAL P.04