**<u>Exhibit 3</u>**

Identification Affidavit

State of Illinois)
            )
County of Cook)

## AFFIDAVIT

I, David Elliot Kronenberg, being duly sworn on oath, depose and state as follows:

1. I am attorney admitted to practice before the Supreme Court of Illinois, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit.

2. Through my law firm, Baker & McKenzie, I represent clients detained at Guantanamo Bay Naval Station in Habeas Corpus and related actions filed in the United States District Court for the District of Columbia.

3. I represent in one such a Habeas action a client named Dawut Abdurehim, identified by the U.S. Department of Defense as ISN 289 at Guantanamo.

4. Mr. Abdurehim belongs to an ethnic group called Uighurs or Uyghurs.

5. Mr. Abdurehim is sometimes called by alternate names or "nicknames."

6. I have been informed that Mr. Dawut Abdurehim has at various times been called at Guantanamo by the nicknames "Thabid," "Thabet," or "Sabet."

7. I have been informed by scholars of Uyghur culture that this is a common occurrence for the Uyghurs – they are often called by several different names.

8. I personally spoke by telephone with Mr. Abu Bakker Qassim, an individual who knows Mr. Abdurehim well, and Mr. Qassim verified that "Thabid" and "Dawut Abdurehim" at Guantanamo are in fact the same individual.

9. I also represent in such a Habeas action a client named Mr. Anvar Hassan who is identified by the U.S. Department of Defense as ISN 250.

10. Mr. Hassan is also a Uyghur.

11. Mr. Hassan also frequently is called by a nickname, "Ali."

12. I personally spoke by telephone with a relative of Mr. Hassan's who knows Mr. Hassan well and who verified that "Ali" and "Anvar Hassan" at Guantanamo are in fact the same individual.

1

2

13. I have verified the foregoing to the best of my ability and satisfaction as an officer of the court.

Further the Affiant sayeth not.

_____
David Elliot Kronenberg

Subscribed and sworn to before me

this _18th_ day of _July_, 2006.

_____
Notary Public

*"OFFICIAL SEAL"*
*PHYLLIS M. GRIER*
*Notary Public, State of Illinois*
*My Commission Expires Aug. 20, 2009*

_August 20, 2009_
Commission Expires

2