**Exhibit 4**

Supplemental Next-Friend Authorization of Abu Qassim

22-JUN-2006 08:30  FROM:ALB KREDIT        04228929        TO:0013126982473    P.1
3128612899          6/20/2006 1:54 PM  PAGE  3/003   Fax Server

## Next-Friend Authorization

### By

### Abu Bakker Qassim

Date: June 21, 2006

I am Abu Bakker Qassim, and I understand the concept of 'next friend' for these purposes. This authorization was translated into my native language for me.

I wish to act as next friend for my friend Dawut Abdurehim, sometimes called Thabid or Sabet, who is a detainee being held at Guantanamo Bay, Cuba. Because he is imprisoned at Guantanamo, I believe Dawut is unable to make this authorization on his own behalf.

I therefore authorize David Kronenberg, and lawyers at the law firm of Baker & McKenzie, and the lawyers at the Center for Constitutional Rights, and any person directly assigned by the above lawyers, to act on my behalf and on behalf of Dawut Abdurehim, to meet with Dawut Abdurehim, to draft and file legal documents for his representation, to secure any documents and information concerning Dawut that are necessary for his defense, and to seek whatever redress or legal remedy is available that they believe to be in his bests interests, in the courts of the United States and in any other legal forum available.

I am certain that Dawut Abdurehim would want me to assert these rights. I know Dawut Abdurehim very well because we were together in the same camp at Guantanamo for two years and we shared a room for one and a half years. I am concerned for his welfare, and I want to make sure he receives the legal representation that I am certain he wishes.

I understand that one or more of the above attorneys will be able to meet with Dawut Abdurehim shortly to confirm that he wishes to be represented by them. My authorization on his behalf shall be in force until such time as Dawut has had at least two opportunities to meet with the above attorneys at Guantanamo.

Next Friend (printed name): Abu Bakker Qassim

Signature: _[signature in Arabic script]_

Witness: (print name) _____

Signature: _[signature in Arabic script]_

Page 1 of 1 sent to Kronenberg, David received on 6/22/2006 1:27:47 AM [Central Daylight Time].