IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THABID, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-2398 (ESH) |
| GEORGE W. BUSH,<br>President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

**O R D E R**

Having considered Respondents' Motion for Order to Show Cause Why Petition Should Not Be Dismissed For Lack of Proper "Next Friend" Standing, and it appearing that good cause exists for granting the motion, it is hereby

ORDERED that petitioners shall show cause within ___ days of the date of this order why the petition field on behalf of Thabid should not be dismissed for lack of proper next friend standing. It is further

ORDERED that respondents shall respond to petitioners' submission in response to this order within ___ days of the filing of petitioners' submission. It is further

ORDERED that petitioners' motion to allow attorney access to petitioners Ali and Thabid (dkt. no. 15) is denied.

IT IS SO ORDERED.

Date: _____                    _____
                                                                                 UNITED STATES DISTRICT JUDGE