IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THABID, *et al.*,<br><br>   Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH,<br>  President of the United States,<br>  *et al.*,<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-2398 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PROPOSED ORDER</u>**

Upon consideration of respondents' Motion for Reconsideration of Magistrate Judge's August 2, 2006 Memorandum Order, it is hereby

ORDERED that the Magistrate Judge's Memorandum Order of August 2, 2006 is VACATED and set aside.

IT IS SO ORDERED.


Dated: _____        _____
                                ELLEN SEGAL HUVELLE
                                United States District Judge