UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THABID, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-2398 (ESH) |
| GEORGE W. BUSH, *et al.*, | ) |
| Respondents. | ) |

**MEMORANDUM OPINION AND ORDER**

Before the Court is Respondents' Motion for Reconsideration of Magistrate Judge's August 2, 2006 Memorandum Order that required respondents to permit counsel to meet with petitioners Thabid and Ali, who are Chinese Uighur detainees presently held by respondents at the United States Naval Base in Guantanamo Bay, Cuba. In arguing that Magistrate Judge Kay erred in his conclusion regarding whether the Court has jurisdiction to enforce the protective order and in his interpretation of the protective order, respondents have relied on their Emergency Motion for Stay and Reconsideration of Magistrate Judge's June 29, 2006 Memorandum Order, which was filed in *Kiyemba v. Bush*, Civ. No. 05-1509, presently pending before Judge Urbina. Incredibly, respondents failed to notify this Court that Judge Urbina had already ruled -- nine days before -- and flatly rejected respondents' arguments. These same arguments have also been rejected by other judges on this Court. *See* , *e.g.*, *Adem v. Bush*, 2006 WL 1193853 (RWR) (D.D.C. Apr. 28, 2006); *Razakah v. Bush*, Civ. No. 05-2370 (EGS) (D.D.C. May 18, 2006). There is no need for the undersigned to spill any more ink by adding to what has already been so eloquently said by other judges of this Court.

Accordingly, respondents' Motion for Reconsideration [#21] is **DENIED**; Magistrate Judge Kay's August 2 Order [#18] is **AFFIRMED**; and the respondents' Motion for Order to Show Cause [#17] is **DENIED**.

**SO ORDERED**.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 17, 2006