No. 1:05cv02398

**Attachment A**



Press Statement
**Sean McCormack, Spokesman**
Washington, DC
May 5, 2006

# Release of Five Ethnic Uighurs from Guantanamo

Earlier today, the government of Albania accepted for resettlement as refugees five ethnic Uighurs, who are Chinese nationals, who had been detained by the U.S. Department of Defense at Guantanamo Bay, Cuba. The Government of Albania's resettlement of these individuals is an important humanitarian gesture. The United States Government appreciates the assistance of the Government of Albania in this important matter.

\#\#\#

**2006/465**