No. 1:05cv02398

**Attachment H**

*Powell says detained Uighurs will not be returned to China Agence France Presse -- English August 13, 2004 Friday*

Copyright 2004 Agence France Presse
Agence France Presse -- English

August 13, 2004 Friday

**SECTION:** Domestic, non-Washington, General News

**LENGTH:** 258 words

**HEADLINE: Powell says detained Uighurs will** not be returned to China

**DATELINE:** WASHINGTON, Aug 13

**BODY:**
The United States will not return to China a handful of detained Uighurs being held at the US military base in Guantanamo Bay who are due for release soon, US Secretary of State Colin Powell said in remarks released on Friday.

"The Uighurs are a difficult problem and we are trying to resolve all issues with respect to all detainees at Guantanamo," Powell told a group of Asian journalists in an interview on Thursday.

"The Uighurs are not going back to China, but finding places for them is not a simple matter, but we are trying to find places for them." he said. "We are trying to find places for them, and, of course, all candidate countries are being looked at."

About a dozen Uighurs are among the hundreds of detainees held at the Cuban base since the US intervention in Afghanistan.

The Uighurs, of Turkic descent, reportedly face harsh religious restrictions and repression since Chinese authorities associate the group with separatism and terrorism in western China.

Human rights and non-governmental groups have urged Washington not to repatriate them to China as they could face persecution at home.

Exiled Uighur Muslim groups are seeking to re-establish an independent East Turkestan in Central Asia that has existed historically and was established in the 1940s in the presently Chinese-controlled Xinjiang Uighur Autonomous Region.

China considers the groups as terrorist organizations that should be targeted as part of the international crackdown on global terrorism.

mvl/mac

US-China-Guantanamo-Uighurs

**LOAD-DATE:** August 14, 2004