IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thabid, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>George W. Bush,<br>    President of the United States,<br>    *et al.*,<br>    *Respondents/Defendants* | Civil Action No. 05-CV-2398 (ESH) |

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Angela C. Vigil as counsel in this case for petitioner Thabid and Usama Hasan Abu Kabir as Next Friend of Thabid, and Ali and Usama Hasan Abu Kabir as Next Friend of Ali.

Counsel for petitioners certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioners Pro Bono, without compensation in conjunction with the Center for Constitutional Rights.


November 17, 2006                              /s/ Angela C. Vigil
Date                                                   Signature

                                                                   Angela C. Vigil
                                                                   Print Name

Baker & McKenzie, LLP
Mellon Financial Center
1111 Brickell Avenue
Suite 1700
<u>Miami, Florida  33131</u>
Address

<u>(305) 789-8904</u>
Phone Number