IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Ali (aka Anvar Hassan)<br>    Petitioner<br><br>v.<br><br>George W. Bush, et. al.<br>    Respondents | No. 1:05cv02398 |

### Notice of Filing With Court Security Officer

Counsel for Petitioner Ali (a.k.a. Anvar Hassan) hereby notifies the Court and opposing counsel that counsel has delivered to the custody of the Court Security Officer Petitioner Ali's Motion to Lift Stay and for Summary Judgment, along with an accompanying Memorandum and an accompanying Statement of Material Facts. The Court Security Officer represented to counsel that delivery of the documents to the Court and opposing counsel would be attempted today.

Dated: November 22, 2006

Respectfully submitted,

Counsel for Petitioners:

/s/ George M. Clarke III
George M. Clarke III
(Bar No. 480073)
Baker & McKenzie LLP
Suite 900
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: 202 452 7000
Fax: 202 452 7074