## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
THABID, *et al*.,                           )
                                            )
            Petitioners,                    )
                                            )
    v.                                      )   **Civil Action No. 05-2398 (ESH)**
                                            )
GEORGE W. BUSH, *et al*.,                   )
                                            )
            Respondents.                    )
_____ )

## <u>ORDER</u>

Before the Court is petitioner Ali's Motion to Lift Stay and for Summary Judgment.  On

March 31, 2006, the Court stayed this case pending the resolution of its jurisdiction over this and

other Guantanamo detainee cases by the D.C. Circuit [Dkt. #9].  Appellate briefing was

completed on November 20, 2006 in *Khalid v. Bush*, 355 F. Supp. 2d 311 (D.D.C.2005), *appeals*

*docketed sub nom. Boumediene v. Bush*, Nos. 05-5062, 05-5063 (D. C. Cir. March 2, 2005) and

*In re Guantanamo Detainee Cases*, 355 F. Supp. 2d 443 (D.D.C.2005), *appeals docketed sub*

*nom. Al Odah v. United States*, Nos. 05-5064, *et al.* (D. C. Cir. March 7, 2005).  The D.C.

Circuit will address in those cases the effect on district court jurisdiction over cases such as this

one of the Detainee Treatment Act and the Military Commission Act of 2006, which purport to

strip district courts of jurisdiction over all Guantanamo detainee cases.  Petitioner has presented

no evidence of a change in circumstances that would warrant a lifting of the stay.  The Court

therefore feels compelled, for reasons of judicial economy and efficiency, to uphold the stay of

proceedings in this case until the resolution of the fundamental jurisdictional questions

surrounding the Guantanamo detainee cases.

Accordingly, petitioner's Motion to Lift Stay and for Summary Judgment is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


Date: December 6, 2006