IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thabid (aka Dawut Abdurehim) ) <br> Ali (aka Anvar Hassan) ) <br>    Petitioner ) <br> ) <br> v. ) <br> ) <br> George W. Bush, et. al. ) <br>    Respondents ) <br> ) | No. 1:05cv02398 <br> (ESH) (AK) |

### Notice of Filing With Court Security Officer

Counsel for the above named Petitioners hereby notifies the Court and opposing counsel that counsel today delivered to the custody of the Court Security Officer Petitioners' Response and Opposition to Respondents' Motion to Dismiss and Petitioners' Motion for Stay-and-Abey Order along with accompanying attachments for filing with this Court and service on opposing counsel.

Dated: May 2, 2007

Respectfully submitted,

Counsel for Petitioners:

/s/ George M. Clarke III
George M. Clarke III
(Bar No. 480073)
Baker & McKenzie LLP
Suite 900
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: 202 452 7000
Fax: 202 452 7074