Approved for filing by
the Court Security Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thabid (aka Dawut Abdurehim) <br> Ali (aka Anvar Hassan) <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br> Respondents. | No. 1:05cv02398 |

### PETITIONERS REPLY TO RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR STAY-AND-ABEY ORDER

In its omnibus Reply Memorandum in Support of Motion to Dismiss and Response in Connection with Related Motions, dated May 14, 2007, filed in this case and all other Guantanamo Bay detainee cases in this Court, Respondents do not address Petitioners primary position, *viz.*, that this case should not be dismissed, at a minimum, prior to the Supreme Court's ruling on Petitioner Ali's (aka Anwar Hassan's) Petition for Original Writ of Habeas Corpus in the United States Supreme Court (the "Ali Petition"). *In re Ali*, Docket No. 06-1194. The Ali Petition was filed on February 13, 2007 and Respondents recently responded to that petition (by filing a motion to dismiss) on May 16, 2007. Petitioner Ali will file his response to that motion to dismiss on May 26, 2007 (in four days time). As discussed in Petitioners' Response and Opposition to Respondents' Motion to Dismiss and Petitioners' Motion for Stay-and-Abey Order, filed May 2, 2007, the Ali Petition

specifically raises, among other things, the question of whether this Court retains habeas corpus jurisdiction over this action notwithstanding the Military Commissions Act of 2006, Pub. L. No. 109-366, § 7, 120 Stat. 260, 2636 (2006) (the "MCA") and the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680, 2739 ("DTA"). (Petitioners' Response and Motion at 2.) Accordingly, this Court should, at a minimum, await the outcome of the Supreme Court's resolution of the Ali Petition prior to dismissing this case.

As to the remaining matters the subject of Respondents' Response, Petitioners rely on their opening brief with the caveat that various arguments responded to in that omnibus response were not made by Petitioners in their filing.

## CONCLUSION

At a minimum, this Court should refuse to dismiss this case prior to the resolution of the Ali Petition. More broadly, the Court should deny Respondent's Motion to Dismiss and Grant Petitioners' Motion to Stay and Abey.

Dated: May 22, 2007

Respectfully submitted,

Counsel for Petitioners:

George M. Clarke III
(Bar No. 480073)
Baker & McKenzie LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006-4078, US
Tel: 202 452 7000
Fax: 202 452 7074