# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5191**  **September Term, 2007**

05cv01490, 05cv00882, 05cv00886,
05cv00889, 05cv00892, 05cv01234,
05cv01310, 05cv01607, 05cv01894,
05cv02367, 05cv02370, 05cv02384,
05cv02398, 05cv02452, 05cv02458,
05cv02479

Filed On:

Abdulrahim Abdul Razak Al Ginco,
    Appellant

v.

George W. Bush, President of the United States, et al.,
    Appellees

---

Consolidated with 06-5197, 06-5235, 06-5236,
06-5265, 06-5284, 06-5285, 06-5286, 06-5320,
06-5326, 06-5328, 06-5329, 06-5330, 06-5384,
06-5385, 07-5046

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 7 2007

CLERK

**BEFORE:** Randolph, Garland, and Griffith, Circuit Judges

### ORDER

Upon consideration of the petition for panel rehearing in No. 06-5191, it is

**ORDERED** that consideration of the petition be deferred and this case held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings within thirty days of the Supreme Court's decision in Boumediene v. Bush and Al Odah v. United States, Nos. 06-1195 & 06-1196, cert. granted (U.S. Jun. 29, 2007). It is

**FURTHER ORDERED** that the consolidation of No. 06-5191 with Nos. 06-5197, et al., be terminated. The Clerk is directed to issue the mandate in Nos. 06-5197, et al.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY: _[signature]_
Deputy Clerk/LD