IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | : Misc. No. 08-442 (TFH)<br>:<br>: Civil Action No. 05-1509 (RMU)<br>: Civil Action No. 05-1602 (ESH)<br>: Civil Action No. 05-1704 (JR)<br>: Civil Action No. 05-2370 (EGS)<br>: Civil Action No. 05-2386 (RBW)<br>: Civil Action No. 05-2398 (ESH) |

**NOTICE OF FILING OF MOTION BY ALL 17 UIGHURS CURRENTLY DETAINED IN GUANTÁNAMO BAY FOR CONSOLIDATION OF THEIR PETITIONS FOR *HABEAS CORPUS* IN CIVIL ACTION NOS. 05-1509 (RMU), 05-1602 (ESH), 05-1704 (JR), 05-2370 (EGS), 05-2386 (RBW) AND 05-2398 (ESH) AND EXPEDITED CONSIDERATION THEREOF CONSISTENT WITH *PARHAT V. GATES***

Pursuant to the November 10, 2004 Order Supplementing and Amending Filing Procedures contained in the November 8, 2004 Amended Protective Order, the Uighurs Petitioners referenced below hereby give notice that on July 3, 2008, the following submission was sent by overnight courier to the Court Security Officer: (i) Motion by All 17 Uighurs Currently Detained In Guantánamo Bay for Consolidation of Their Petitions for Habeas Corpus In Civil Action Nos. 05-1509 (RMU), 05-1602 (ESH), 05-1704 (JR), 05-2370 (EGS), 05-2386 (RBW) and 05-2398 (ESH) and Expedited Consideration Thereof Consistent with *Parhat v. Gates*; and (ii) Proposed Order.

Dated: July 3, 2008

/s/ Eric A. Tirschwell
Eric A. Tirschwell (Pursuant to LCvR 83.2(g))
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
Darren LaVerne (Pursuant to LCvR 83.2(g))
Seema Saifee (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Counsel to Petitioners Abdul Razakah, Ahmad Tourson, Abdul Ghaffar and Adel Noori*

KL3 2666290.1

Susan Baker Manning
BINGHAM McCUTCHEN LLP
1120 20th Street NW, Suite 800
Washington, DC 20036-3406
Telephone:  (202) 778-6150
Facsimile:  (202) 778-6155

Sabin Willett (Pursuant to LCvR 83.2(g))
Neil McGaraghan (Pursuant to LCvR 83.2(g))
Rheba Rutkowski (Pursuant to LCvR 83.2(g))
Jason S. Pinney (Pursuant to LCvR 83.2(g))
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, Massachusetts  02110
Telephone:  (617) 951-8000
Facsimile:  (617) 951-8736

*Counsel for Petitioners Abdul Nasser, Abdul Sabour, Abdul Semet, Hammad Memet, Huzaifa Parhat, Jalal Jalaldin, Khalid Ali, Sabir Osman and Edham Mamet*

George Clarke
MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Suite 900
Washington, DC  20005
Telephone:  (202) 626-1573
Facsimile:  (703) 598-5121

*Counsel for Petitioners Ali Mohammad and Thabid*

Elizabeth P. Gilson (Pursuant to LCvR 83.2(g))
383 Orange Street
New Haven, Connecticut  06511
Telephone:  (203) 777-4050
Facsimile:  (203) 787-3259

*Counsel for Petitioners Bahtiyar Mahnut and Arkina Amahmud*

J. Wells Dixon (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York  10012
Telephone:  (212) 614-6464
Facsimile:  (212) 614-6499

*Counsel for the Uighur Petitioners*

KL3 2666290.1