CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALI THABID                )
       ET AL.           )
                                )
       Plaintiff        )
                                )
   v.                         )   Civil Case Number 05-2398(RMU)
                                )
GEORGE W. BUSH, ET AL.    )   Category   G
                                )
       Defendants    )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on July 10, 2008 from Judge Ellen Segal Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Related to CA 05-1509 before Judge Urbina)

                                JUDGE ELLEN S. HUVELLE
                                Chair, Calendar and Case
                                Management Committee

cc:   Judge Urbina & Courtroom Deputy
       Judge Huvelle & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk